IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
NATIONAL LABOR RELATIONS BOARD,         No   Civ Misc 05-80130 VRW

        Petitioner,                     ORDER

        v

FIRST LEGAL SUPPORT SERVICES,
LLC,

        Respondent.
                                    /
```

On May 27, 2005, the court received petitioner National Labor Relations Board's (NLRB) application for a summary order requiring obedience to NLRB's investigative subpoena and for attorney fees and costs incurred in seeking the same. The court ordered respondent First Legal Support Services, LLC (First Legal) to show cause on or before June 17, 2005, why the petition should not be granted. That date having passed with no reply from First Legal, NLRB now moves the court for default judgment as to its application for enforcement of the subpoenas.

Good cause appearing therefor, the court HEREBY ORDERS First Legal to comply with subpoena No. B-498053 within ten (10)

1 days of this order.  First Legal shall fully answer the
2 interrogatories and provide the documents requested by NLRB in its
3 subpoena.  The answers and documents shall be delivered by
4 overnight mail to NLRB's offices in Washington, DC (1099 14th
5 Street, NW, Suite 10700, Washington, DC  20570, Attn:  Stanley R
6 Zirkin) on or before the due date.

7            The court also ORDERS First Legal to reimburse NLRB for
8 costs and reasonable attorney fees incurred in initiating and
9 prosecuting this subpoena enforcement action.  If the parties
10 cannot agree on this amount, NLRB may submit its costs and
11 reasonable attorney fees to this court for approval.

13            IT IS SO ORDERED.

                                    _____
16                                  **VAUGHN R WALKER**
17                                  **United States District Chief Judge**